UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: __HIRSCH, JOHN D.__

Chapter 7 Case No. __09-45665__

Please Check One:

_____ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | 5 | $ 510.60 | $ 0.17 |
| ELAN FINANCIAL SERVICES AS SERVICER FOR KLEIN BANK<br>PO BOX 5229<br>CINCINNATI, OH 45201 | 6 | $10,330.50 | $ 3.52 |
| ELAN FINANCIAL SERVICES AS SERVICER FOR KLEIN BANK<br>PO BOX 5229<br>CINCINNATI, OH 45201 | 7 | $ 4,699.76 | $ 1.60 |
| | | | __$ 5.29__ |

Date: __09/07/2011__

J. Richard Stermer, Trustee